United States District Court
Southern District of Texas
**ENTERED**
July 28, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

AMANDA REYES RAMIREZ,               §
                                     §
          Petitioner,                §
                                     §
VS.                                  §   CIVIL ACTION NO. 4:26-CV-04807
                                     §
RANDALL TATE, *et al.*,              §
                                     §
          Respondents.               §

## FINAL JUDGMENT

For the reasons stated in the Court's Order granting habeas relief (Doc. #8) and having considered the Notice (Doc. #9) filed by Respondents, the Court now enters final judgment in this case.

The Clerk is DIRECTED to close this case.

It is so ORDERED.

**JUL 2 8 2026**
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge